

FILED
CLERK, U.S. DISTRICT COURT

MAY 20 2016

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION        DC BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,        )   Case No.: EDI6MJ203-DUTY
                    Plaintiff,   )
                                 )   ORDER OF DETENTION
            v.                   )   (FED.R. CRIM. P.32.1(a)(6); 18
                                 )   U.S.C. § 3143(a))
JESUS Calderon-Villa             )
                    Defendant.   )

        The defendant having been arrested in this District pursuant to a warrant

issued by the United States District Court for the _____

District of _New Mexico_____ for alleged violation(s) of the terms and

conditions of probation or supervised release; and

        Having conducted a detention hearing pursuant to Federal Rule of Criminal

Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), the Court finds that:

A.    (✓)    The defendant has not met his/her burden of establishing by clear and

             convincing evidence that he/she is not likely to flee if released under

             18 U.S.C. § 3142(b) or (c).  This finding is based on the following:

             • UNKNOWN BACKGROUND

             • UNKNOWN Bail Resources

             • IMMIGRATION ~~DOCUMENTS~~ STATUS UNDOCUMENTED

             • SUBMISSION                    1              PB

1

1   and/or

2   B.   ( )   The defendant has not met his/her burden of establishing by clear and

3   convincing evidence that he/she is not likely to pose a danger to the

4   safety of any other person or the community if released under 18

5   U.S.C. § 3142(b) or (c).  This finding is based on the following:

6   _____

7   _____

8   _____

9   _____

12   IT THEREFORE IS ORDERED that the defendant be detained pending the further

13   revocation proceedings.

15   Dated:   5/20/16

16   HONORABLE DAVID T. BRISTOW
  United States Magistrate Judge

2